

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00540-CR

| | | |
|---|---|---|
| Terrell Lloyd Sr. a/k/a Terrell Lloyd | § | From the 372nd District Court |
| | § | of Tarrant County (1291790D) |
| v. | § | January 10, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00540-CR

TERRELL LLOYD SR.                                                    APPELLANT
A/K/A TERRELL LLOYD

V.

THE STATE OF TEXAS                                                         STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Terrell Lloyd Sr. a/k/a Terrell Lloyd attempts to appeal from the trial court's judgment convicting him of unauthorized use of a vehicle and sentencing him to two years' confinement pursuant to a plea agreement. The trial court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On November 15, 2012, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue the appeal filed with the court, on or before November 26, 2012, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We received responses from Appellant on November 20 and November 27, but neither shows grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 10, 2013